**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:   LEROY MOORE,** | : | Case No. 15-57682 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Now comes Debtor LEROY MOORE by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

LEROY MOORE
3880 Four Pointe Farms Lane, Apt 103
Columbus, Ohio 43230

Respectfully submitted,

Dated: 24 June 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:    614.444.5290
Fax:    614.444.4446
markalbertherder@yahoo.com